IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY GENE HARRIS                                                  PETITIONER
Reg. #06244-062

V.                            NO. 2:09cv00138 JLH

T.C. OUTLAW, Warden,                                      RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2241 petition for writ of habeas corpus is hereby denied. Judgment shall be entered dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 11th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE